IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| RICHARD JAMES | * | |
| Plaintiff, | * | |
| vs. | * | |
| EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*, | * | Case No.: 19-cv-01137-TDC |
| | * | |
| Defendants. | | |

* * * * * * * * * * * * * * * * * * * * *

## SYNOVUS BANK DBA FIRST PROGRESS CARD'S MOTION TO COMPEL ARBITRATION

Defendant, Synovus Bank dba First Progress Card ("First Progress"), by its undersigned counsel, respectfully files this motion to compel arbitration pursuant to an arbitration agreement.

In support of this Motion, First Progress attaches the Memorandum of Law in Support of Motion to Compel Arbitration. First Progress also includes the attached Affidavit of Todd Rosentover in support of this Motion, as well as the MasterCard First Progress Cardholder Agreement.

WHEREFORE, the Court should enter an Order compelling arbitration and stay any claims against First Progress pending the completion of such arbitration.

Dated: September 13, 2019

Respectfully submitted,

*/s/ Robert A. Gaumont*
Robert A. Gaumont (Bar No. 26302)
Gordon Feinblatt LLC
233 East Redwood Street
Baltimore, MD 21202
rgaumont@gfrlaw.com
Tel: (410) 576-4007
Fax: (410) 576-4269

*Attorney for Defendant Synovus Bank dba First Progress Card*

7233619 3 55541/141431 09/13/2019

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of September, 2019, a copy of the foregoing motion and memorandum were served upon all parties of record listed below via the CM/ECF system.

Aryeh E. Stein, Esq.
Meridian Law LLC
600 Reisterstown Road
Suite 700
Baltimore, MD  21208
*Attorneys for Plaintiff*

Robert J. Schuckit, Esq.
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
*Attorneys for Defendant Trans Union, LLC*

Joshua Ian Hammach, Esq.
Jones Day
51 Louisiana Avenue
Washington, VA  20001
*Attorneys for Defendant Experian Information Solutions, Inc.*

Robert J. Schuckit, Esq.
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
*Attorneys for Defendant Trans Union, LLC*

Geoffrey M. Gamble, Esq.
Saul Ewing LLP
Lockwood Place
500 E. Pratt Street, Suite 900
Baltimore, MD  21202
*Attorney for Defendant Credit Acceptance Corporation*

                                                   /s/  Robert A. Gaumont
                                                   Robert A. Gaumont

7233619 3 55541/141431 09/13/2019